**STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA**
**REPORT OF ACTION TAKEN**
**MEETING OF CREDITORS**

In re:

**CAROLIN MENDEZ TORRES**          Case No.    19-06683-EAG

Chapter 13     Attorney Name:    **NORBERTO COLON ALVARADO***

| | | | |
|---|---|---|---|
| **I. Appearances** | | | |
| Debtor | [X] Present | [ ] Absent | |
| Joint Debtor | [ ] Present | [ ] Absent | |
| Attorney for Debtor | [ ] Present | [X] Absent | |
| [ ] Prose | | | |
| [ ] Appearing: | | | |

**Date & Time:**    1/30/2020   1:10:00AM

[ ] R     [X] NR    LV:   $8,700 (PV: $10,092)

[ ] This is debtor(s) 0 Bankruptcy filing.

**Creditors:**

**Banco Popular de P.R. by Mrs. Doris Vilches**

**II. Oath Administered**
     [ ] Yes        [X] No

---

**III. Plan**

Date:   12/18/2019      Base:      $33,000.00    Payments 0 made out of 1 due.

**Confirmation Hearing Date:**     3/25/2020   9:30:00AM

**Evidence of Pmt shown:**

---

**Attorney's fees as per R. 2016(b)**

     $4,000.00    -    $500.00    =   $3,500.00

---

**IV. Status of Meeting**

[ ] Closed      [X] Not Held      [ ] Held/Continued

[ ] Held/Not Closed

[ ] Continued

**Continued Date:**

**Comments:**

---

[ ] M.T.D. to be filed by Trustee: Debtor(s) failed to: [ ] Appear: [ ] Commence payments

[ ] Keep payments current [ ] does (do) not qualify as a debtor (§109):

[ ] MTD Already filed, see Docket:

[ ] Other:

**STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA**
**REPORT OF ACTION TAKEN**
**MEETING OF CREDITORS**

In re:

**CAROLIN MENDEZ TORRES**  Case No. **19-06683-EAG**

Chapter 13    Attorney Name: **NORBERTO COLON ALVARADO***

(Cont.)

**Trustee's Report on Confirmation**

[ ] FAVORABLE

[ ] UNFAVORABLE

| | |
|---|---|
| [ ] Feasibility | [ ] No provision for secured creditor(s) |
| [ ] Insufficiently funded | |
| [ ] Unfair discrimination | [ ] Tax returns missing |
| |   [ ] State - years |
| [ ] Fails disposable income | |
| [ ] Fails liquidation value test | |
| |   [ ] Federal - years |
| [ ] Insuarence quote | |

**Pending/Items/ Documents:**

| | |
|---|---|
| [ ] DSO Recipient's Information | [ ] Monthly reports for the months |
| [ ] Evidence of being current with DSO | [ ] Public Liability Insurance |
| |   [ ] Premises |
| [ ] Evidence of income | [ ] Vehicle(s): |
| | [ ] Licenses issued by: |

STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:

**CAROLIN MENDEZ TORRES**

Case No. 19-06683-EAG

Chapter 13   Attorney Name:   NORBERTO COLON ALVARADO*

**Trustee's objection to confirmation**

[ ] Objection to Confirmation
[ ] Oral objection by creditor

ACP: 5

Household size: 4

Disp. Income under 1325(b)(2): To be determined.

At 12:10 pm SECURITY OFFICER O. LOPEZ TELLS US THAT ATTORNEY CALLED INDICATING HE WAS ENTERING OSJ AREA, BUT DID NOT SPECIFY WHERE. HAVING NO MORE CASES LEFT WE ADJOURNED. IF CASE SURVIVES MTD, WE WILL RE-SCHEDULE THE MEETING.

------------------------------

1. Debtor has failed to commence the plan payments as required by 11 USC 1326(a)(1).
 NOTE: Court's approved that the first plan payment change to January 2020, however, no payments has been received yet. Also, this is part of the issues raised in Trustee Motion to Dismiss of 12-17-2019 in which debtor has not filed an answer.

2. FAILS DISPOSABLE INCOME TEST, §1325(b)(1)(B):
 a. Plan proposes payments of $550.00, however, per Schedule "J" disposable income is $561.00.
 b. SCMI Form 122C-2 has not been filed. Thus, commitment period cannot be determined. Also, this is part of the issues raised in Trustee Motion to Dismiss of 12-17-2019 in which debtor has not filed an answer.
 c. Income evidence missing: Child Support income.

3. FAILS LIQUIDATION VALUE TEST, §1325(a)(4):
 a. Schedule A/B line 1.3 discloses an interest over a property in the amount of $ 115,000.00, however, does not disclose a description of property and where is located property. Does debtor owns another real property? Liquidation value cannot be determined until this issue be addressed.
 b. There is a preliminary liquidation value of $8,700.00 with a present value of $10,092.00 that plan does not comply since even not considering priority debts listed for student loan the plan only distribute $2,074.51

5. OTHER:
 a. Voluntary petition item #5 needs to be corrected since municipality in postal address reads "Yacuo" instead of "Yauco".
 b. Schedule E/F disclose two students loan with a priority portion for which plan does not provide. Debtor is asked to inform why part of this debts were listed as priority.
 c. Part 4.3 of the plan disclose that attorney fees is by Fee Application of which debtor already paid $500.00 and

**STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA**
**REPORT OF ACTION TAKEN**
**MEETING OF CREDITORS**

In re:

**CAROLIN MENDEZ TORRES**

Case No. **19-06683-EAG**

**Chapter 13**    Attorney Name: **NORBERTO COLON ALVARADO***

---

$2,500.00 will be paid through the plan, however, per disclosure of compensation is in a flat fee basis in which debtor already paid $500.00 and $3,500.00 will be paid through the plan. Debtor needs to clarify discrepancy and amend accordingly.

d. Popular Auto filed objection to confirmation since plan does not provide adequate protection payments for it's collateral.

e. Part 4.6 of the plan does not provide insurance for Popular Auto collateral. Per claim 1-1 by creditor maturity date is 04-16-2022 and by said date the debt has not been paid in full. Also, insurance quote has not been provided.

NOTE: Preliminary liquidation value since debtor did not use available exemptions pursuant 522 (d)(3) and 522 (d)(4) over household goods, electronics and jewelry.

The following party(ies) object(s) confirmation:

---

**s/Alejandro Oliveras**    Date: **01/30/2020**

**Trustee/Presiding Officer**    (Rev. 05/13)