IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO. 19-06683 EAF |
| CAROLIN MENDEZ TORRES | CHAPTER 13 |
| DEBTOR | |

MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR THE DEBTOR

TO THE HONORABLE COURT:

NOW, comes Norberto Colón Alvarado, Esq., and to file the within Motion to Leave to Withdraw as Counsel for the Debtor Caronlin Mendez Torres as follows:

1. Norberto Colon Alvarado was hired for the legal representation in the above caption case.

2. The attorney-client relationship has been irretrievable broken.

3. The debtor does not owe any attorney fees.

4. On June 7, 2019, Carolin Mendez Torres filed a Voluntary Petition for Relief under Chapter 13 of the United States Bankruptcy Code.

5. The undersign is unable to continue representing Mrs. Carolin Mendez Torres due to the lack of confidence with the information received from her and the information which arise under the Claims Filed, and other matters.

6. Mrs. Carolin Mendez Torres was advised that the irreconcilable differences and requested the undersign to resign.

7. Any succeeding attorney is not known.

8. Carolin Mendez Torres has been advised by the undersigned and understand that a lack of legal representation in this matter could result in a dismissal, as it happened, and if she decides to pursue this matter again has to hire a different attorney.

9. A Copy of this Motion is being served on Caroline Mendez Torres.

WHEREFORE, Norberto Colon Alvarado, Esquire, respectfully request that this Court grant this Motion for Leave to Withdraw as Counsel and grant the leave to withdraw our appearance for Carolin Mendez Torres.

**CERTIFICATE OF SERVICE:** I hereby certify that on the same date, I filed the above document to the Clerk of the Court, who files it through the CM/ECF System, which sends notification of such filing to all parties who in this case have registered for receipt of notice by electronic mail.

In Ponce, Puerto Rico, today March 4, 2020

s/Norberto Colón Alvarado
NORBERTO COLON ALVARADO LAW OFFICE
USDC # 226102
46 CASTILLO ST.
PONCE, PUERTO RICO 00730
TEL (787)-843-4272
EMAIL: norbertocolonalvarado@yahoo.com